JS 44  (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
CODY ROBERT MATHEWS

## DEFENDANTS
CITY OF OWASSO, MICHAEL DENTON, ANDREW EUBANKS

**(b)** County of Residence of First Listed Plaintiff   Tulsa
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Tulsa
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
S. Thomas Sawyer
2021 S. Lewis Ave, Ste. 335, Tulsa, OK 74104
918-340-8210

Attorneys *(If Known)*
Keith A. Wilkes
15 West Sixth St., Suite 2700, Tulsa, OK  74119
918-587-0101

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❏ 1   U.S. Government
       Plaintiff

☒ 3   Federal Question
       *(U.S. Government Not a Party)*

❏ 2   U.S. Government
       Defendant

❏ 4   Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                    *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY**          **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane          ❏ 365 Personal Injury - | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product              Product Liability |  |  | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | Liability          ❏ 367 Health Care/ |  | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 320 Assault, Libel &              Pharmaceutical | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | Slander              Personal Injury | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted | ❏ 330 Federal Employers'              Product Liability |  | ❏ 840 Trademark | ❏ 460 Deportation |
| Student Loans | Liability          ❏ 368 Asbestos Personal |  |  | ❏ 470 Racketeer Influenced and |
| (Excludes Veterans) | ❏ 340 Marine              Injury Product |  | **LABOR** | Corrupt Organizations |
| ❏ 153 Recovery of Overpayment | ❏ 345 Marine Product              Liability | | ❏ 710 Fair Labor Standards | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| of Veteran's Benefits | Liability     **PERSONAL PROPERTY** | Act | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 160 Stockholders' Suits | ❏ 350 Motor Vehicle          ❏ 370 Other Fraud | ❏ 720 Labor/Management | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ |
| ❏ 190 Other Contract | ❏ 355 Motor Vehicle          ❏ 371 Truth in Lending | Relations | ❏ 863 DIWC/DIWW (405(g)) | Exchange |
| ❏ 195 Contract Product Liability | Product Liability          ❏ 380 Other Personal | ❏ 740 Railway Labor Act | ❏ 864 SSID Title XVI | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise | ❏ 360 Other Personal              Property Damage | ❏ 751 Family and Medical | ❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts |
|  | Injury          ❏ 385 Property Damage | Leave Act |  | ❏ 893 Environmental Matters |
|  | ❏ 362 Personal Injury -              Product Liability | ❏ 790 Other Labor Litigation |  | ❏ 895 Freedom of Information |
|  | Medical Malpractice | ❏ 791 Employee Retirement |  | Act |
| **REAL PROPERTY** | **CIVIL RIGHTS**     **PRISONER PETITIONS** | Income Security Act | **FEDERAL TAX SUITS** | ❏ 896 Arbitration |
| ❏ 210 Land Condemnation | ☒ 440 Other Civil Rights     **Habeas Corpus:** |  | ❏ 870 Taxes (U.S. Plaintiff | ❏ 899 Administrative Procedure |
| ❏ 220 Foreclosure | ❏ 441 Voting          ❏ 463 Alien Detainee |  | or Defendant) | Act/Review or Appeal of |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment          ❏ 510 Motions to Vacate |  | ❏ 871 IRS—Third Party | Agency Decision |
| ❏ 240 Torts to Land | ❏ 443 Housing/              Sentence |  | 26 USC 7609 | ❏ 950 Constitutionality of |
| ❏ 245 Tort Product Liability | Accommodations          ❏ 530 General |  |  | State Statutes |
| ❏ 290 All Other Real Property | ❏ 445 Amer. w/Disabilities -          ❏ 535 Death Penalty | **IMMIGRATION** |  |  |
|  | Employment          **Other:** | ❏ 462 Naturalization Application |  |  |
|  | ❏ 446 Amer. w/Disabilities -          ❏ 540 Mandamus & Other | ❏ 465 Other Immigration |  |  |
|  | Other          ❏ 550 Civil Rights | Actions |  |  |
|  | ❏ 448 Education          ❏ 555 Prison Condition |  |  |  |
|  |          ❏ 560 Civil Detainee - |  |  |  |
|  |              Conditions of |  |  |  |
|  |              Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

❏ 1   Original
       Proceeding

☒ 2   Removed from
       State Court

❏ 3   Remanded from
       Appellate Court

❏ 4   Reinstated or
       Reopened

❏ 5   Transferred from
       Another District
       *(specify)*

❏ 6   Multidistrict
       Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332, 1441 and 1446

Brief description of cause:
§1983 Civil Rights

## VII. REQUESTED IN COMPLAINT:
❏   CHECK IF THIS IS A **CLASS ACTION**
    UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ❏ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
07/05/2016

SIGNATURE OF ATTORNEY OF RECORD
s/ Keith A. Wilkes

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____